# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **James L. Phelps,** | : | |
| Petitioner/Defendant, | : | Civil Action No. 10-0529-CG |
| v. | : | Criminal No. 06-00279-CG-C |
| **United States of America,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 22, 2010 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 5th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE