# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **James L. Phelps,** | : | |
| Petitioner/Defendant, | : | Civil Action No. 10-0529-CG |
| v. | : | Criminal No. 06-00279-CG-C |
| **United States of America,** | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 134 in Criminal No. 06-00279-CG-C) be and the same hereby is **DISMISSED** as time-barred.  The court further finds that the petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 5th day of November, 2010.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE